NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**CISCO SYSTEMS, INC.,**
*Appellant*

v.

**INTERNATIONAL TRADE COMMISSION,**
*Appellee*

------------------------------------------------------------------------

**ARISTA NETWORKS, INC.**
*Appellant*

v.

**INTERNATIONAL TRADE COMMISSION,**
*Appellee*
_____

2016-2563, 2016-2539
_____

Appeals from the United States International Trade Commission in Investigation No. 337-TA-944.
_____

**ORDER TO SHOW CAUSE**
_____

Before REYNA, SCHALL, and WALLACH, *Circuit Judges.*

PER CURIAM.

Because the record in this case contains extensive material marked as confidential, the court has issued its opinion dated September 27, 2017 under seal.

The parties are hereby ordered to show cause, by means of a single joint response coordinated among the parties, why the opinion should not be unsealed. The response to this order must specify which words, if any, are proposed to be redacted, and must specifically state the cause for each such requested redaction. If the parties propose redactions, the response to this order must also propose specific words to replace each of the proposed redactions in an unsealed opinion. The joint response shall be filed no later than October 11, 2017.

FOR THE COURT

September 27, 2017          /s/ Peter R. Marksteiner
        Date                Peter R. Marksteiner
                            Clerk of Court