NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**CISCO SYSTEMS, INC.,**
*Appellant*

v.

**INTERNATIONAL TRADE COMMISSION,**
*Appellee*

------------------------------------------------------------------------

**ARISTA NETWORKS, INC.**
*Appellant*

v.

**INTERNATIONAL TRADE COMMISSION,**
*Appellee*

_____

2016-2563, 2016-2539
_____

Appeals from the United States International Trade Commission in Investigation No. 337-TA-944.
_____

**ON MOTION**
_____

Before REYNA, SCHALL, and WALLACH, *Circuit Judges.*

Case: 16-2539      Document: 39     Page: 2     Filed: 10/12/2017

2                                                    ARISTA NETWORKS, INC. v. ITC

PER CURIAM.

# O R D E R

Upon consideration of this court's show cause order of September 27, 2017, and the joint response submitted by the parties on October 11, 2017,

IT IS ORDERED THAT:

The opinion issued under seal on September 27, 2017 is hereby unsealed.

FOR THE COURT

October 12, 2017  /s/ Peter R. Marksteiner
Date  Peter R. Marksteiner
 Clerk of Court